IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CAO GROUP,<br><br>             Plaintiff,<br><br>v.<br><br>DEN- MAT HOLDINGS,<br>             Defendant. | **ORDER FOR SCHEDULE<br>IN A PATENT CASE**<br><br>Case No. 2:15-CV-412 DN-DN<br><br>District Judge David Nuffer |

IT IS HEREBY ORDERED THAT:

1. Within thirty-five (35) days after the first answer is filed (or such other time as may be ordered), the parties must hold their conference pursuant to Fed. R. Civ. P. 26(f), discussing those matters found in the [Proposed Patent Scheduling Order](#).  A motion seeking relief from this requirement may be filed and heard ex parte by the magistrate judge handling civil scheduling. LPR 1.2.

2. No later than seven (7) days after the Rule 26(f) conference, the parties must file a Joint Motion for Entry of Scheduling Order attaching a completed proposed version of the Patent Scheduling Order (which shall outline any areas of disagreement and each party's position). The proposed version of the Patent Scheduling Order must also be sent in word processing format to [ipt@utd.uscourts.gov](mailto:ipt@utd.uscourts.gov). LPR 1.2.

Signed August 26, 2015.

BY THE COURT

_____
District Judge David Nuffer